IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>　　Plaintiff,<br><br>vs.<br><br>ZUBIE, INC.,<br><br>　　Defendant. | §<br>§<br>§<br>§　Case No: 0:21-cv-02664-JRT-TNL<br>§<br>§　PATENT CASE<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　Plaintiff Social Positioning Input Systems, LLC ("Plaintiff" and/or "SPIS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Zubie, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: March 31, 2022.　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/Eric J. Strobel*
　　　　　　　　　　　　　　　　　　　　　Eric J. Strobel (MN bar 222434)
　　　　　　　　　　　　　　　　　　　　　Strobel Consulting Services, LLC
　　　　　　　　　　　　　　　　　　　　　608 E. 38th Street
　　　　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57105
　　　　　　　　　　　　　　　　　　　　　651.338.7044
　　　　　　　　　　　　　　　　　　　　　eric@strobelconsulting.net

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on March 31, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/Eric J. Strobel*
Eric J. Strobel, Director